Argued and submitted January 12, reversed and remanded for reconsideration February 2, 1994

In the Matter of the Compensation of
Michelle Kopchak, Claimant.

Michelle KOPCHAK,
*Petitioner,*

*v.*

EUGENE BALLET COMPANY
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-06147; CA A78561)

866 P2d 526

Kevin Keaney argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy.

James D. McVittie argued the cause and filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Gallino v. Courtesy Pontiac-Buick-GMC*, 124 Or App 538, 863 P2d 530 (1993).